JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

F.R.V.,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

No. 5:26-cv-1069-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Granting Petition for Writ of Habeas Corpus for Immediate Release,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: July 22, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE