UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-CV-01069 DSR                              Date: August 3, 2026

Title    F.R.V. v. SEMAIA, ET AL.

Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

|                L. Krivitsky                |                       n/a                       |
| :----------------------------------------: | :---------------------------------------------: |
|                Deputy Clerk                |             Court Reporter / Recorder           |

|          Attorneys Present for          |           Attorneys Present for           |
| :-------------------------------------: | :---------------------------------------: |
|      Plaintiff(s)/Petitioner(s):        |       Defendant(s)/Respondent(s):         |
|              None present               |               None present               |

**Proceedings:**           (IN CHAMBERS) **ORDER SETTING STATUS CONFERENCE**

On July 22, 2026, the Court entered its Order granting the Petition for Writ of Habeas Corpus and ordering Respondents to release Petitioner immediately, and entered Judgment thereon.  See Doc. Nos. 28-29.  On August 2, 2026, Respondents filed a Status Report and "Request" to "correct" the Court's Order and Judgment based on the assertion that Petitioner had already been granted asylum and released on July 10, 2026.  Respondents have not filed a Motion for relief under Rule 60, however, giving Petitioner an opportunity to respond, nor do they specify how they want the Order and Judgment "corrected."  Moreover, not only did no one – Petitioner or Respondents – inform the Court of Petitioner's July 10th release on asylum, Petitioner filed a "Request for Court to Issue Decision" on the Petition on July 15, 2026 – five days after Petitioner was apparently released.

The Court will hold a status conference in this case on **August 11, 2026, at 3:00 p.m.** in Courtroom 690 of the Roybal Federal Building and United States Courthouse.  Counsel for both parties are ordered to attend in person.

**IT IS SO ORDERED.**

|                                   |     :     |
| --------------------------------- | :-------: |
| **Initials of Preparer**          |    LK     |